UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OPERATING ENGINGEERS LOCAL 324
HEALTH CARE PLAN, et al.,

    Plaintiff,

v.                                          Case No. 11-10484

LGL CONSTRUCTION COMPANY, INC., et al.,

    Defendant.
                                                  /

**JUDGMENT**

In accordance with the stipulation and order filed by the parties,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiffs and against Defendants LGL Construction Company Inc. and Slade Holdings LLC, jointly and severally in the amount of $31,681.71, plus statutory and post-judgment interest.

                                                DAVID J. WEAVER
                                                CLERK OF THE COURT

                                                S/ Lisa Wagner
Dated: 10/31/2011                     By:  Lisa Wagner, Case Manager
                                              to Judge Robert H. Cleland