UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OPERATING ENGINEERS LOCAL 324 HEALTH CARE PLAN, *et al*,

    Plaintiffs,                                           Case No. 11-10484

v.                                                                Honorable ROBERT H. CLELAND

LGL CONSTRUCTION COMPANY, INC., and
SLADE HOLDINGS, LLC,

    Defendants.
_____/

| | |
|---|---|
| ROBERT A. FARR, PLLC | DENEWETH, DUGAN & PARFITT, P.C. |
| Robert A. Farr (P61597) | Timothy P. Dugan (P41135) |
| Attorney for Plaintiffs | Attorney for Defendants |
| 28175 Haggerty Rd., Ste. 138 | 1175 W.Long Lake Rd., Ste. 202 |
| Novi, Michigan 48377 | Troy, Michigan 48098 |
| (248) 703-0662 | (248) 290-0400 |
| rfarr@rfarrlaw.com | tdugan@ddp-law.com |

_____/

**ORDER FOR PROCEEDINGS SUPPLEMENTAL TO JUDGMENT**

This Court, having reviewed Plaintiffs' Motion, and having been fully advised, finds that Plaintiffs are entitled to the relief requested in their motion. Accordingly:

IT IS ADJUDGED, ORDERED, AND DECREED that:

A.     REGINALD GREENSLADE and ANTHONY GREENSLADE shall appear at a place and time to be designated by Plaintiffs' counsel and be examined under oath, and shall produce for examination any of their personal and co-Defendants LGL CONSTRUCTION COMPANY, INC.'s, and SLADE HOLDINGS, LLC's books, papers and records which have or may contain information concerning either Defendants' property, money, accounts, accounts receivable or things in action;

  B. REGINALD GREENSLADE and ANTHONY GREENSLADE are restrained from making or suffering any transaction or other disposition of or interference with any of co-Defendant LGL CONSTRUCTION COMPANY, INC.'s, and SLADE HOLDINGS, LLC's money or property (not exempt from law) now held or later acquired or becoming due to either Defendant that might be use to satisfy the judgment;

  C. Any third parties served with this order shall appear at a place and time to be designated by Plaintiffs' counsel and be examined under oath, and shall produce for examination any books, papers and records is their possession or control which have or may contain information concerning the property, money, accounts, contracts or things in action belonging to any defendant.

  D. Any third party served with this order, and/or its officers or members, are restrained from making or suffering any transaction or other disposition of, or from interfering with, any property belonging to either Defendant or to which they may be entitled or which may become due to them, or from paying or otherwise disposing of such property until such judgment is satisfied. Any third party served with this order shall immediately contact plaintiffs' counsel and identify in writing all property belonging to either Defendant (or to which they may be entitled or which may become due to them) which that third party holds.

  E. Pursuant to the notice requirements of M.C.L. 600.6119, this Court indorses herein such provisions:

> Sec.6119. (1) Prohibition. When a third party having in his possession or its possession property or moneys belonging to the judgment debtor or who is indebted to the judgment debtor is subpoenaed or ordered to attend and be examined as authorized in this chapter, such third party is hereby forbidden to make or suffer an transfer or other disposition of, or to interfere with, any property belonging to the judgment debtor or to which he may be entitled or which may thereafter be acquired by or become due to said judgment debtor, or to pay over or otherwise dispose of any moneys due or to become due to such judgment debtor, not exempt by law from

application to the satisfaction of the judgment, until the further order of the court except that such third party is not obligated to withhold the payment of any monies beyond double the amount claimed in such subpoena by the judgment creditor.  To effect such restraining provisions, a copy of this section must be indorsed on or attached to the copy of the subpoena or order served on the third party.

F. Plaintiffs shall have the immediate right of execution upon any property that legally or equitably belongs to LGL CONSTRUCTION COMPANY, INC., and/or SLADE HOLDINGS, LLC, whether such property is in the possession of any Defendant or the possession of a third party. REGINALD GREENSLADE and ANTHONY GREENSLADE , or any third party in possession of such property shall immediately deliver such property (up to the amount of the judgment) to Plaintiffs without delay.

      s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  March 22, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 22, 2013, by electronic and/or ordinary mail.

      s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522